# Case Summary

## JOHN DOES 1-6, ANNA LEE MCNOEL, LALER LISHBROOK, THE WATERS OF FORT SMITH LLC ~ (OD) Tort - Other

Court: CV-2021-515-F                                    Agency: Sebastian County Circuit Court (FS)

CaseID: 21-3903

Type: CV                                                Received Date: 7/19/2021

Status: Open                                            Status Date: 7/19/2021

Age: 36 days    Active Age: 36 days

**Involvements**

Primary Involvements

    MCNOEL, ANNA LEE  Plaintiff

    LISHBROOK, LALER  Plaintiff

    THE WATERS OF FORT SMITH LLC  Defendant

    JOHN DOES 1-6  Defendant

Other Involvements

    BAUTISTA, JOSE M - 2540  AttorneyCOUNSEL FOR PLTF

Sebastian County Circuit Court (FS)  (CV-2021-515-F)

    LADD, DIANNA HEWITT - dladd2  Judge

**Charges**

1. OD – (OD) Tort - Other  Occurred: 7/19/2021

        Civil

**Case Status History (1)**

    7/19/2021 2:06:00 PM | Open

**Filing Cabinet (6)**



    Home (6)

        7/19/2021  | Filed  Petition  PETITION FOR DAMAGES.pdf |  Uploaded

               FILED BY ATTY JOSE BAUTISTA

        7/19/2021  | Issued  Summons  SUMMONS ISSUED TO THE WATERS OF FORT SMITH LLC & RTA.pdf |   Uploaded

               Added from Document Scanning session.

        7/19/2021  | Filed  Affidavit  AFFIDAVIT OF UNKNOWN INSURANCE COMPANIES, SELF-INSURANCE FUNDS & POOLED LIABILITY FUNDS.pdf |  Uploaded

               FILED BY ATTY JOSE BAUTISTA

        7/19/2021  | Received  AOC Cover Sheet_Disposition Sheet  COVER SHEET.pdf |   Uploaded SEALED

               Added from Document Scanning session.

        7/19/2021  | Filed  Other  REQUEST & SERVICE INSTRUCTIONS FORM.pdf |  Uploaded

               FILED BY ATTY JOSE BAUTISTA

        8/5/2021  | Filed  Proof of Service  PROOF OF SERVICE- THE WATER OF FORT SMITH  LLC.pdf |  Uploaded

               Added from Document Scanning session.

**EXHIBIT A**



IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS

ANNA MCNOEL, on behalf of )
LALER LISHBROOK, )
    P.O. Box 372 )
    Fort Smith, Arkansas 72902 )
     )
        Plaintiff, )
     )
v. )
     )
THE WATERS OF FORT SMITH, LLC, )
    **Serve Registered Agent:** )
    CAPITOL CORPORATE )
    SERVICES, INC. )
    300 South Spring Street )
    Suite 900 )
    Little Rock, Arkansas 72201 )
     )
And )
     )
JOHN DOES 1-6, )
     )
        Defendants. )

Case No.: CV-2021-515

**Jury Trial Demanded**

## PETITION FOR DAMAGES

COMES NOW Plaintiff, Anna McNoel, as the natural sister and power of attorney of Laler Lishbrook (hereafter collectively "Plaintiff"), by and through her counsel of record, and for her Petition and claims against Defendants, The Waters of Fort Smith, Inc. ("Defendant Waters") and John Does 1 – 6 (hereafter collectively "Defendants"), hereby states and alleges as follows:

### I.     INTRODUCTION & STATEMENT OF CASE

This lawsuit is a claim of negligence against Defendant Waters, a nursing home in Fort Smith, Arkansas, its insurers and Defendants John Does 1-6. Plaintiff alleges that Defendants failed to provide adequate care and failed to seek proper medical attention for Laler Lishbrook. As

a result of Defendants' and their employees' negligence, Laler Lishbrook sustained several fall injuries as well as malnourishment.

## II.   **PARTIES**

1.      Plaintiff Anna McNoel is the natural sister and power of attorney of Laler Lishbrook. As the power of attorney, Plaintiff is entitled to bring "claims and litigation" against Defendant Waters on behalf of Laler Lishbrook, pursuant to the nature and extent of the power-of-attorney instrument. *Courtyard Gardens Health v. Williamson*, 2016 Ark. App. 606, 4–5, 509 S.W.3d 685, 688–89 (2016).

2.      Plaintiff is a resident of Sebastian County, Arkansas.

3.      At all times relevant to this matter, Laler Lishbrook was a resident of Sebastian County, Arkansas.

4.      Defendant Waters is a limited liability corporation organized under the laws of the State of Arkansas, authorized to do business in the State of Arkansas, and operates The Waters of Fort Smith, which is a skilled nursing facility located at 5301Wheeler Avenue, Fort Smith, Arkansas, Sebastian County, 72901.

5.      Defendants John Doe Insurance Company / Self-Insurance Fund / Pooled Liability Fund 1, John Doe Insurance Company / Self-Insurance Fund / Pooled Liability Fund 2, John Doe Insurance Company / Self-Insurance Fund / Pooled Liability Fund 3, John Doe Insurance Company / Self-Insurance Fund / Pooled Liability Fund 4, John Doe Insurance Company / Self-Insurance Fund / Pooled Liability Fund 5, John Doe Insurance Company / Self-Insurance Fund / Pooled Liability Fund 6 are entities whose identities are unknown at this time. To the extent that one or more of these entities are responsible, legally, or factually, for the acts and omissions named herein, for the harm caused thereby, or to the extent they insured any of the tortfeasors liable for

2

Plaintiff's injuries and damages set forth in this cause, thereby exposing themselves to direct action under Ark. Code Ann. 23-79-210, they are considered tortfeasors and/or Defendants for purposes of the present action. The identity of said tortfeasors and insurance companies / self-insurance funds / pooled liability funds are unknown. Plaintiff anticipates the identity of said unknown insurance companies / self-insurance funds / pooled liability funds will be determined in discovery. Plaintiff has attached an Affidavit hereto as Exhibit A, pursuant to Ark. Code Ann. 16-56-125.

6.      John Does 1-6, upon information and belief, may have committed medical malpractice and/or were negligent in providing medical care to Plaintiff, while she was under the care of Defendants, or are individuals, corporations, limited liability companies or other entities that may have had the right to control the operations of Defendants. Pursuant to Ark. Code Ann. § 16-56-125 and subject to the Act of 649 of 2003, "the Civil Justice Reform Act of 2003," Plaintiff has attached as Exhibit "1" and incorporated by reference herein a John Doe Tortfeasor Affidavit to toll the statute of limitations for the claims alleged herein against John Does 1 – 6.

7.      If Defendant Waters claims immunity against any cause of action alleged herein, Plaintiff possesses the same direct causes of action against Insurance Defendants pursuant to Ark. Code Ann. 23-79-210.

8.      Whenever it is alleged that Defendant Waters did any act or thing, or failed to do any act or thing, it is meant that the officers, agents, or employees of the designated companies respectively performed, participated in, or failed to perform such acts or things while in the scope and course of their employment and/or agency relationship with said Defendant Waters.

### III.     JURISDICTION AND VENUE

9.      Jurisdiction and venue are proper in this Court because Defendant Waters maintains offices for the usual conduct of their respective business in Sebastian County, Arkansas. In

addition, each of the tortious acts alleged herein occurred in Sebastian County, Arkansas, and the amount in controversy is in excess of Seventy-Five Thousand Dollars ($75,000.00). Finally, Plaintiff was a resident of Arkansas at the time of the negligent acts.

## IV.   GENERAL ALLEGATIONS COMMON TO ALL COUNTS

10.    Plaintiff incorporates and alleges all statements found within paragraphs 1 through 9 of this Petition above as though fully set forth herein.

11.    At all relevant times, Defendant Waters received money and profited from the operation of their respective facilities, and controlled, had the right to control, and/or had the duty to control the safety, clinical, and financial aspects of Defendant Waters.

12.    Further, Defendant Waters exercised consistent oversight over their respective facilities by receiving, monitoring, and acting upon their daily, weekly, and monthly reports of operations.

13.    At all relevant times Defendant Waters, acting by and through its owners, operators, mangers, employees, agents, and/or representatives, owned, operated, and/or provided management services to Defendant Waters, and were in business to provide for the care and treatment of persons in need of nursing home and skilled care pursuant to Arkansas Code of State Regulations concerning long term care facilities.

14.    The negligent acts and omissions alleged herein were committed by the employees, agents and/or servants of Defendant Waters while acting within the scope and course of their employment for Defendant Waters.

15.    In 2015, Laler Lishbrook was admitted to Defendant Waters, and thereafter received skilled nursing care from the agents, servants, and employees of Defendant Waters.

16.     Prior to her admittance to Defendant Waters, Plaintiff had been diagnosed with a seizure disorder, cognitive deficits, and a history of falls.

17.     As a result of her age and her frail, defenseless, and dependent condition, Plaintiff relied upon Defendant Waters to provide for her safety, care, and treatment.

18.     In 2018 and 2019, while in Defendant Waters' care, Plaintiff sustained several injuries due to falls.

19.     Plaintiff's fall injuries included a fractured clavicle, headache, left post scalp lesion, laceration, hematoma, and boxer's fracture of her left hand, sustained due to Defendants' failure to properly supervise, assist, and care for Plaintiff.

20.     Prior to December 27, 2019, Defendant knew or should have known that Plaintiff was a fall risk, and therefore, needed additional care to prevent her from falling.

21.     On or about December 27, 2019, Plaintiff sustained injuries to her right hip during a fall out of bed from a height of approximately three (3) to five (5) feet and was transported on a backboard from Defendant Waters to Baptist Health Fort Smith via EMS personnel.

22.     Baptist Health Fort Smith diagnosed Plaintiff with severe pain, swelling, tenderness and edema, as well as a displaced closed fracture of her right femur, left sacral ala fracture, and a nondisplaced proximal right fibular fracture because of her fall, requiring hospital admittance, orthopedic evaluation, and eventual surgery.

23.     To repair the right femoral shaft fracture, Dr. John Harp of Baptist Hospital Fort Smith performed an intramedullary rod fixation to Plaintiff's right femur shaft fracture on or around December 27, 2019, implanting a Stryker T2 Retrograde Nail (300 mm length), three (3) distal interlock screws, and two (2) proximal sagittal plane interlock screws.

24.     On or about February 22, 2020, Plaintiff sustained additional injuries while in Defendants' care after falling out of bed and hitting her head.

25.     Again, Plaintiff was transported to Baptist Health Fort Smith, where she was diagnosed with a hematoma in the left supraorbital region of her head, as well as perceived tenderness to palpation in her neck, and a closed fracture of the spinous process of Plaintiff's cervical vertebra.

## V.     CAUSES OF ACTION

### Count I – Negligence of Defendant Waters

26.     Plaintiff incorporates to Count I, by reference herein, the allegations and statements previously set forth in paragraphs 1 through 25 of this Petition.

27.     The agents, servants, and employees of Defendant Waters had a duty to possess and use that degree of skill and learning ordinarily used in the same or similar circumstances by members of their profession in the care and treatment of Plaintiff.

28.     Prior to December 27, 2019, Defendant Waters knew or should have known that Plaintiff was a fall risk, and therefore, had a duty to provide additional care and supervision to prevent her from falling.

29.     During their care and treatment of Plaintiff on December 27, 2019, and February 22, 2020, the agents, servants, and employees of Defendant Waters breached their duty and failed to act within the proper standard of care through the following acts:

    a.   Failing to timely, consistently, and adequately assess, monitor, and document Plaintiff's fall risk;

6

b. Failing to hire and retain sufficient and competent staff including agents, servants, employees, and/or representatives to adequately care for all the residents, including Plaintiff;

c. Failing to properly train, supervise, and/or provide adequate oversight of its agents, servants, employees, and/or representatives who were charged with preventing Plaintiff from incurring fall injuries or malnutrition;

d. Failing to implement industry safeguards to prevent Plaintiff from sustaining falls, fall injuries and malnutrition;

e. Failing to provide adequate staffing to assist Plaintiff in the prevention of falls and/or malnutrition;

f. Failing to implement and follow a proper Plan of Care for Plaintiff;

g. Failing to follow Defendants' policies and procedures, including but not limited to those policies related to fall prevention, malnutrition, and medical chart documentation;

h. Failing to provide staff in sufficient numbers and qualifications to provide care and related services to Plaintiff, and enable Plaintiff to maintain the highest practicable level of physical, mental, and psychological well-being;

i. Failing to provide staff in sufficient numbers and qualifications to provide care and related services to Plaintiff to prevent Plaintiff from sustaining fall injuries or becoming malnourished; and

j. In further particulars presently unknown to Plaintiff, but which are believed will be discovered upon proper discovery within the litigation.

30.    As a direct and proximate result of Defendant Waters' negligence and breach of their duty as stated above, Plaintiff sustained injuries as stated above to her right leg and spine, suffered severe pain, anxiety, and mental distress. Additionally, Plaintiff was required to undergo medical treatment due to injuries sustained while in Defendant Waters' facility and incurred expenses for her medical care.

## VI.    DEMAND FOR JURY TRIAL AND RESERVATIONS

31.    Plaintiff requests a jury trial on all issues herein;

32.    Plaintiff reserves her right to amend her Petition; and

33.    Plaintiff reserves the right to file additional and supplemental pleadings after further investigation and discovery.

## VII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff, as power of attorney of Laler Lishbrook, prays for judgment against Defendant Waters for all COUNTS as follows:

34.    For damages in an amount adequate to compensate Plaintiff for the injuries and damages sustained and exceeding Seventy-Five Thousand Dollars ($75,000.00), including pain and suffering for personal injuries, cost of medical treatment and cost of future treatment.

35.    For the costs of litigating this case; and

36.    For all other and further relief to which Plaintiff is entitled by Arkansas law.

Respectfully submitted,

BAUTISTA LEROY LLC

*/s/ Jose M. Bautista*
Jose M. Bautista, Esq.      #2009-005
Andrew S. LeRoy, Esq. App. Pending
3770 Broadway Blvd. Second Floor
Kansas City, Missouri 64111
P: (816) 221-0382
F: (800) 816-7060
E: jose@bautistaleroy.com
E: andrew@bautistaleroy.com
**ATTORNEYS FOR PLAINTIFF**

## IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS

## CIVIL DIVISION VII

ANNA MCNOEL, ON BEHALF
OF LALER LISHBROOK,
P.O. BOX 372
FORT SMITH, AR 72902

**PLAINTIFF**

VS                                      CASE NO.CV-2021-515

THE WATERS OF FORT SMITH. LLC
SERVE REGISTERED AGENT:
CAPITOL CORPORATE
SERVICES, INC.
300 SOUTH SPRING STREET
SUITE 900
LITTLE ROCK, AR 72201

AND

JOHN DOES 1-6

**DEFENDANT**

### SUMMONS

 THE STATE OF ARKANSAS TO DEFENDANT:

THE WATER OF FORT SMITH, LLC.
        SERVE REGISTERED AGENT:
        CAPITOL CORPORATE SERVICES, INC.
        300 SOUTH SPRING STREET
        SUITE 900
        LITTLE ROCK, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it)--or 60 days if you are incarcerated in any jail, penitentiary, or other

CV 2021 515

correctional facility in Arkansas-you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:        JOSE BAUTISTA
                            3770 BROADWAY BLVD. SECOND FLOOR
                            KANSAS CITY, MISSOURI 64111

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CINDY GILMER
CIRCUIT CLERK

BY: _____
DEPUTY CLERK
JUL 1 9 2021

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS

VII

ANNA MCNOEL, on behalf of )
LALER LISHBROOK, )
    P.O. Box 372 )
    Fort Smith, Arkansas 72902 )
     )
        Plaintiff, )
     )    Case No.: CV-2021-515
v. )
     )    **Jury Trial Demanded**
THE WATERS OF FORT SMITH, LLC, )
    **Serve Registered Agent:** )
    CAPITOL CORPORATE )
    SERVICES, INC. )
    300 South Spring Street )
    Suite 900 )
    Little Rock, Arkansas 72201 )
     )
And )
     )
JOHN DOES 1-6, )
     )
        Defendants. )

## AFFIDAVIT OF UNKNOWN INSURANCE COMPANIES, SELF-INSURANCE FUNDS AND POOLED LIABILITY FUNDS

    I, Jose M. Bautista, first being duly sworn under oath, pursuant to ark. Code Ann. § 16-56-125, for this John/Jane Doe Affidavit, subject to the jurisdiction and penalties of perjury of this Court, depose and state of personal knowledge as follows:

    1.    I am Jose M. Bautista, counsel for Plaintiff in the above-styled case.

    2.    I am licensed to practice law in the State of Arkansas, State of Missouri, and State of Illinois. My Arkansas Bar Association number is 2009-005.

    3.    The underlying action alleges various causes of action by Plaintiff against Defendants, arising out of the injuries sustained by Laler Lishbrook, and violations of the Long-Term Care Facilities and Services Act, Ark. Code Ann. § 20-10-1209.

1

4.    As a result of Plaintiff's sustained injuries and the violations mentioned above, Plaintiff filed a Complaint against all tortfeasors and their insurers reasonably known and who can be identified upon currently available information.

5.    As of the date of filing this Complaint, I have been unable to identify with due diligence, based upon the available facts and information, additional insurance companies, self-insurance funds, and pooled liability funds for said tortfeasors. Counsel has a good-faith belief that the discovery process and further identification of facts and information, not yet known or discoverable by public information, will yield the identity of the additional insurance entities, self-insurance funds, and pooled liability funds such that a direct action against them can be had pursuant to Ark. Code ann. 23-79-210.

6.    In order to protect Plaintiff's interest, it is necessary to include allegations against additional unknown insurance companies, self-insurance funds, and pooled liability funds in this Complaint pleading.

7.    I have included and identified the unknown insurance companies, self-insurance funds, and pooled liability funds in this complaint as "JOHN DOES 1-6," and will supplement with the correct information when it becomes available.

*Further Affiant Sayeth Not.*

Executed this __15 th__ day of __July__ 2021.

_____

Jose M. Bautista, Esq.

2

## ACKNOWLEDGMENT

County of Jackson          )
                           )     ss
State of Missouri          )

*Subscribed, sworn to and acknowledged* before me this *15th* day of *July* 2021.

_Cary L Baumann_
Notary Public

My Commission Expires: __10 - 20 - 2024__

CARY L BAUMANN
Notary Public, Notary Seal
State of Missouri
Jackson County
Commission # 20022226
My Commission Expires 10-20-2024

3

Respectfully submitted,

BAUTISTA LEROY LLC

*/s/ Jose M. Bautista*
Jose M. Bautista, Esq.      #2009-005
Andrew S. LeRoy, Esq. App. Pending
3770 Broadway Blvd. Second Floor
Kansas City, Missouri 64111
P: (816) 221-0382
F: (800) 816-7060
E: jose@bautistaleroy.com
E: andrew@bautistaleroy.com

**ATTORNEYS FOR PLAINTIFF**

4

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS

VII

| | |
|---|---|
| ANNA MCNOEL, on behalf of<br>LALER LISHBROOK,<br>    P.O. Box 372<br>    Fort Smith, Arkansas 72902 | )<br>)<br>)<br>)<br>) |
|        Plaintiff, | )<br>) |
| v. | )<br>) |
| THE WATERS OF FORT SMITH, LLC,<br>    **Serve Registered Agent:**<br>    CAPITOL CORPORATE<br>    SERVICES, INC.<br>    300 South Spring Street<br>    Suite 900<br>    Little Rock, Arkansas 72201 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| And | )<br>) |
| JOHN DOES 1-6, | )<br>) |
|        Defendants. | )<br>) |

Case No.: CV - 2021 - 515

**Jury Trial Demanded**

FILED
FT. SMITH DIST.
21 JUL 19 P 2: 02

## REQUEST AND SERVICE INSTRUCTION FORM

To: Clerk of the Court, Civil Division:

Please issue a SUMMONS and PETITION in this action for THE WATERS OF FORT SMITH, LLC. Plaintiff's Attorney will provide service to Defendant's Registered Agent, Capitol Corporate Services, Inc., by Certified U.S. Mail at the following address:

    Capitol Corporate Services, Inc.
    300 South Spring Street
    Suite 900
    Little Rock, Arkansas 72201

Respectfully submitted,

BAUTISTA LEROY LLC

*/s/ Jose M. Bautista*
Jose M. Bautista, Esq.      #2009-005
Andrew S. LeRoy, Esq. App. Pending
3770 Broadway Blvd. Second Floor
Kansas City, Missouri 64111
P: (816) 221-0382
F: (800) 816-7060
E: jose@bautistaleroy.com
E: andrew@bautistaleroy.com
**ATTORNEYS FOR PLAINTIFF**

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS

CIVIL DIVISION VII

ANNA MCNOEL, ON BEHALF
OF LALER LISHBROOK,
P.O. BOX 372
FORT SMITH, AR 72902

PLAINTIFF

VS                                    CASE NO.CV-2021-515

THE WATERS OF FORT SMITH. LLC
SERVE REGISTERED AGENT:
CAPITOL CORPORATE
SERVICES, INC.
300 SOUTH SPRING STREET
SUITE 900
LITTLE ROCK, AR 72201

AND

JOHN DOES 1-6

DEFENDANT

SUMMONS

THE STATE OF ARKANSAS TO DEFENDANT:

THE WATER OF FORT SMITH, LLC.
    SERVE REGISTERED AGENT:
    CAPITOL CORPORATE SERVICES, INC.
    300 SOUTH SPRING STREET
    SUITE 900
    LITTLE ROCK, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it)--or 60 days if you are incarcerated in any jail, penitentiary, or other

CV-2021-515

correctional facility in Arkansas-you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:         JOSE BAUTISTA
                                 3770 BROADWAY BLVD. SECOND FLOOR
                                 KANSAS CITY, MISSOURI 64111

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

                              CINDY GILMER
                              CIRCUIT CLERK

                              BY: _____
                                  DEPUTY CLERK

                                  JUL 1 9 2021
                              _____

Date

FILED
FT SMITH DIST.

2021 AUG 5 AM 11 04

C.R. CLERK SEB. CO.

US POSTAGE

quadient
FIRST CLASS MAIL
$013.60⁰
07/21/2021 ZIP 64111
043MXZ74304

CERTIFIED MAIL

7020 1810 0002 2251 9426

BAUTISTA | LEROY
TRIAL   ATTORNEYS

The Waters of Fort Smith, LLC
c/o Registered Agent:
Capitol Corporate Services, Inc.
300 South Spring Street
Suite 900
Little Rock, Arkansas 72201

3770 Broadway Blvd. • Second Floor • Kansas City MO 64111

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Waters of Fort Smith LLC
c/o Capitol Corporate Services Inc.
300 South Spring Street
Suite 900
Little Rock, AR 72201

9590 9402 4020 8079 6023 92

2. Article Number (Transfer from service label)

7020 1810 0002 2251 9426

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**SENDER: COMPLETE**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

The Waters of Fort Smith LLC
c/o Capitol Corporate Services Inc.
300 South Spring Street
Suite 900
Little Rock, AR 72201

9590 9402 4020 8079 6023 92

**2. Article Number (Transfer from service label)**

7020 1810 0002 2251 9426

PS Form 3811

**DELIVERY**

**A. Signature**
X

**B. Received by (Printed Name)**

**C. Date of Delivery**

☐ Agent
☐ Addressee

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☒ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 4020 8079 6023 12

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Bauhista Leblrey LLC
3716 Broadway Boulevard
Second Floor
Kansas City, Missouri 64111

# USPS Tracking®

FAQs ›

**Track Another Package ✚**

Remove ✕

**Tracking Number:** 70201810000222519426

Your item was picked up at the post office at 7:58 am on July 26, 2021 in LITTLE ROCK, AR 72202.

## ⊘ Delivered, Individual Picked Up at Post Office

July 26, 2021 at 7:58 am
LITTLE ROCK, AR 72202

Get Updates ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

Feedback

**See Less ⌃**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**